# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                          Fax: 718-740-2000
*Employment and Labor Lawyer*                                                                   Web: www.abdulhassan.com

<p align="center">December 23, 2022</p>

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 20B
New York, NY 10007

<p align="center"><u>Re: Banton v. UCP Associations Of New York State, Inc.</u><br>
Case No.  22-CV-08338 (JLR)(GWG)<br>
Motion for Extension</p>

Dear Judge Rochon:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the December 23, 2022 deadline for the parties to notify the Court whether they consent to the Magistrate-Judge. This request is being made because some additional time is needed for the parties to confer in light of the holidays, etc. No prior request for an extension of this deadline was made.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     Defense Counsel via ECF

Request **GRANTED**.  The deadline for the parties to file an executed consent form or joint letter is hereby extended to **January 6, 2023**.

Dated:  December 27, 2022
           New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1