# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**January 10, 2023**

**Via ECF**

Hon. Gabriel W. Gorenstein, USDJ  **MEMORANDUM ENDORSED**
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

<u>Re: Banton v. UCP Associations Of New York State, Inc.</u>
Case No.  22-CV-08338 (GWG)
Motion for Extension

Dear Magistrate-Judge Gorenstein:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 10, 2023 deadline for the plaintiff to file a motion for settlement approval to January 24, 2023. This request is being made because some additional time is needed to obtain full execution of the settlement agreement and finalize the related submissions under Cheeks. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____  Extension to January 24, 2023, granted.
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*  So Ordered.

  *[signature]*
**cc:** Defense Counsel via ECF  _____
  GABRIEL W. GORENSTEIN
  United States Magistrate Judge
  January 11, 2023

1